DONNA M. MELBY (SB# 86417)
donnamelby@paulhastings.com
JENNIFER S. BALDOCCHI (SB# 168945)
jenniferbaldocchi@paulhastings.com
JI HAE KIM (SB# 275020)
jihaekim@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

GARY T. LAFAYETTE (SB# 088666)
glafayette@lkclaw.com
LAFAYETTE & KUMAGAI LLP
101 Mission Street, Suite 600
San Francisco, CA 94105-1738
Telephone:  1(415) 357-4600
Facsimile:  1(415) 357-4605

Attorneys for Defendants
UNITED AIRLINES, INC.;
AND CONTINENTAL AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON MILLER,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED AIR LINES, INC.;<br>CONTINENTAL AIRLINES, INC.; and<br>DOES 1-10,<br><br>　　　　　Defendants. | CASE NO. 3:15-CV-00457-TEH<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE TIME TO RESPOND TO FIFTH AMENDED COMPLAINT AND REQUESTS RE SCHEDULING**<br><br>Judge:　　Hon. Thelton E. Henderson<br><br>Complaint filed:　　May 29, 2012<br>FAC filed:　　July 20, 2012<br>SAC filed:　　November 30, 2012<br>TAC filed:　　May 20, 2013<br>Corrected TAC filed:　　June 21, 2013<br>4AC filed:　　Jan. 3, 2014<br>5AC filing deadline:　　Mar. 2, 2015 |

1 | Having considered the papers and all pleadings on file and good cause appearing therefor, IT IS HEREBY ORDERED that Defendants' Administrative Motion To Enlarge Time To Respond To Fifth Amended Complaint And Requests Re Scheduling is GRANTED.

Defendants shall have 45 days to respond to Plaintiff Leon Miller's Fifth Amended Complaint, including but not limited to a motion to dismiss, strike, or transfer venue, or answer.

The Case Management Conference ("CMC") and all related deadlines shall be continued by at least 45 days, and shall occur on __06/22/2015, at 1:30 PM__. If this date conflicts with the CMC in another case severed from *Johnson et al. v. United Airlines et al.*, Case No. 12-cv-02730-MMC, counsel shall notify the Court, and the next available date shall be arranged.

The CMC in this case shall be scheduled on the same day as the CMC in *John v. United Airlines et al.*, Case No. 15-cv-00475.

United Continental Holdings, Inc. shall not be listed as a defendant in the title or caption of any documents filed in this case.

IT IS SO ORDERED.

Dated: _____03/03_____, 2015            _____
                                          Judge Thelton E. Henderson